FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **VEXAS CORPORATION, d/b/a ATLAS,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) SUMMONS  Court No. 25-00206 |
| **UNITED STATES,** | )<br>)<br>) |
| Defendant. | )<br>) |

**TO:** The Attorney General and the U.S. International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Vexas Corporation, d/b/a Atlas ("Atlas") is a United States importer of low speed personal transportation vehicles subject to the contested determination described below. In the underlying investigation, Atlas was an active participant and interested party within the meaning of 19 U.S.C. § 1677(9)(A).  Accordingly, Atlas has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). (Name and standing of plaintiff)

2. Atlas contests certain aspects of the final determination of the U.S. International Trade Commission in the investigation of low speed personal transportation vehicles from China.  *See Low Speed Personal Transportation Vehicles from China; Determinations*, 90 Fed. Reg. 38,176 (Aug. 7, 2025).

   This determination is contested pursuant to 19 U.S.C. §§ 1516a(d) and 1516a(a)(2)(B)(i). This Summons is being filed within 30 days of the publication of the August 12, 2025 antidumping duty and countervailing duty orders on low speed personal transportation vehicles from China, which was based on the contested determination.  This Summons is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).  *See Certain Low-Speed Personal Transportation Vehicles from the People's Republic of China: Amended Final Antidumping Duty Determination and Antidumping Duty Order; Amended Final*

*Determination of Countervailing Duty Investigation and Countervailing Duty Order*, 90 Fed. Reg. 38,759 (Aug. 12, 2025).
(Brief description of contested determination)

3. The Commission's final determinations were issued on August 4, 2025.
(Date of determination)

4. The Commission published its *Determinations* on August 7, 2025.
(If applicable, date of publication in Federal Register of notice of contested determination)

Respectfully submitted by:

Henry D. Almond
J. David Park
Kang Woo Lee
Archana Rao Vasa

*Counsel to Vexas Corp., d/b/a Atlas Plaintiff*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Phone: (202) 942-5698
Fax: (202) 942-5999
E-mail: henry.almond@arnoldporter.com

/s/ Henry D. Almond
Signature of Plaintiff's Attorney

September 11, 2025
Date

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

## CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I, Henry D. Almond, hereby certify that on September 11, 2025, I caused the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 to be served by certified mail, return receipt requested, and notified all interested parties who were a party to the proceeding below as follows:

**On behalf of Petitioner American Personal Transportation Vehicle Manufacturers Coalition:**
Robert E. DeFrancesco, Lead Representative
Wiley Rein LLP
2050 M Street, NW
Washington, D.C.  20036
rdefrancesco@wiley.law;
wileytrade@wiley.law

**On behalf of Interested Party Lvtong USA Golf Cars, LLC:**
Rosa S. Jeong, Lead Representative
Greenberg Traurig LLP
2101 L Street, NW, Suite 1000
Washington, D.C.  20037
rosa.jeong@gtlaw.com

**On behalf of Interested Party Nivel Parts & Manufacturing Co., LLC:**
David M. Morrell, Lead Representative
Jones Day
51 Louisiana Avenue, NW
Washington, D.C.  20001
dmorrell@jonesday.com

**On behalf of Interested Party Tao Motor Inc.:**
Daniel Cannistra, Lead Representative
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004
dcannistra@crowell.com

**On behalf of Interested Party Kangdi Electric Vehicle (Hainan) Co., Ltd.; SC Autosports LLC:**
Neil B. Mooney, Lead Representative
Liang + Mooney PLLC
2104 Delta Way, Suite 1
Tallahassee, FL  32303
nmooney@customscourt.com;
sliang@customscourt.com

**On behalf of Interested Party Bintelli LLC; Icon EV, LLC; Venom EV, LLC:**
Daniel R. Wilson, Lead Representative
Faegre Drinker Biddle & Reath LLP
1500 K Street, NW, Suite 1100
Washington, D.C.  20005
daniel.wilson@faegredrinker.com

**On behalf of Interested Party STAR EV Corporation:**
David S. Robinson, Lead Representative
Maynard Nexsen, PC
4141 Parklake Avenue, Suite 200
Raleigh, NC  27612
drobinson@maynardnexsen.com

**On behalf of Interested Party Kodiak EV; LMG EV, LLC:**
Sarah M. Wyss, Lead Representative
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW, Suite 810
Washington, D.C.  20015
trade@mowrygrimson.com;
smw@mowrygrimson.com

**On behalf of Interested Party Yamaha Motor Manufacturing Corporation of America:**
Daniel L. Porter, Lead Representative
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, D.C.  20036
daniel.porter@pillsburylaw.com

/s/ Henry D. Almond
Henry D. Almond
Arnold & Porter Kaye Scholer LLP

## CERTIFICATE OF SERVICE

I, Henry D. Almond, of the law firm of Arnold & Porter Kaye Scholer LLP, hereby certify that on September 11, 2025, I caused copies of the foregoing Summons, Form 5, Form 11, Form 13, and Form 17 by to be served by certified mail, return receipt requested:

**Upon the United States:**
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Attorney-In-Charge
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

**Upon the International Trade Commission:**
General Counsel
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

The Honorable Lisa R. Barton
Secretary
U.S. International Trade Commission
500 E Street, SW
Washington, DC 20436

/s/ Henry D. Almond
Henry D. Almond
Arnold & Porter Kaye Scholer LLP